## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SIERRA CLUB and SOUTHERN BORDER COMMUNITIES COALITION,<br><br>           Plaintiffs,<br>v.<br><br>KIRSTJEN M. NIELSEN, *et al.*,<br><br>           Defendants. | Case No.: 1:18-cv-02877-KBJ |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

PLEASE TAKE NOTICE THAT pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs hereby voluntarily dismiss without prejudice the above-captioned action. Defendant has not served an answer or a motion for summary judgment in this proceeding. Dismissal without prejudice is therefore appropriate without a court order. Fed. R. Civ. P. 41(a)(1)(A)(i) and (a)(1)(B).

Dated:  September 18, 2019

Respectfully submitted,

*/s/ S. Laurie Williams*
Susan L. Williams (DC#1006972)
Staff Attorney
Sierra Club
1536 Wynkoop St. Suite #200
Denver, CO 80202
Tel: (303) 454-3358
E-mail: laurie.williams@sierraclub.org

*Counsel for Plaintiffs*